# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| OSCAR OMAR GUZMAN SIERRA, DOMINGO JUNIOR DEL VILLAR and all others similarly situated under 29 U.S.C. 216(b),<br><br>       Plaintiffs,<br><br>  vs.<br><br>WIND RESISTANT CONCRETE SYSTEM CORP. et al,<br><br>       Defendants. | 14-cv-24355-Scola/Otazo-Reyes |



DATE _____ 11/24/14
TIME _____ 10.15 M
BY _____ CER# _10_

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
WIND RESISTANT CONCRETE SYSTEM CORP.
Registered Agent: Jose L Henriquez
4443 SW 16 Street
Miami, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: November 17, 2014
_____

Steven M. Larimore
Clerk of Court

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. *M—24300*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Win Resistant Concretes Systems of*

was received by me on *(date)* *11/17/14*

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* *Jose Henriquez Jr* , who is
designated by law to accept service of process on behalf of *(name of organization)* *Alza*
*Resistant Concrete Systems of* on *(date)* *11/24/14* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ ___20.00___ for travel and $ ___20.00___ for services, for a total of $ ___40.00___ .

I declare under penalty of perjury that this information is true.

Date: *11/24/14*

_____
*Server's signature*

Perry Parang
_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

OSCAR OMAR GUZMAN SIERRA, )
DOMINGO JUNIOR DEL VILLAR and all )
others similarly situated under 29 U.S.C. )
216(b), )

        14-cv-24355-Scola/Otazo-Reyes

              )
       Plaintiffs, )

   vs. )

              )
WIND RESISTANT CONCRETE SYSTEM )
CORP. et al, )

              )
       Defendants. )
              )
——————————————————————— )



DATE _____ 11/20/14
TIME _____ 10:10 AM
BY _____ CER# __10__

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
SSCC GROUP, INC.
Registered Agent: Jose L Henriquez
4443 SW 16 Street
Miami, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   November 17, 2014
_____

**SUMMONS**

*s/ Valerie Kemp*
_____
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

34⁊

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

*14-24355*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Sree Grup inc_

was received by me on *(date)* _11/12/14_

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Jeff Henryzyk Jn_, who is
designated by law to accept service of process on behalf of *(name of organization)* _Sree Grup in_
_____ on *(date)* _11/12/14_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __20.00__ for travel and $ __20.00__ for services, for a total of $ __40.00__ .

I declare under penalty of perjury that this information is true.

Date: _11/12/14_ 

_____
*Server's signature*

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

OSCAR OMAR GUZMAN SIERRA, )
DOMINGO JUNIOR DEL VILLAR and all )
others similarly situated under 29 U.S.C. )
216(b), )
                               )                    14-cv-24355-Scola/Otazo-Reyes
           Plaintiffs, )
    vs. )
                               )
WIND RESISTANT CONCRETE SYSTEM )
CORP. et al, )
                               )
           Defendants. )
                               )

DATE _____ 11/16/10
TIME _____ 10:15 AM
BY _____

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
JOSE L HENRIQUEZ
4443 SW 16 Street
Miami, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ November 17, 2014 _____



**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ Valerie Kemp*
Deputy Clerk
U.S. District Courts

346

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Jeff . Hendrivel_

was received by me on *(date)* _11/17/14_

☑ I personally served the summons on the individual at *(place)* _4443 SW 16 st_
_Miami Fl_ on *(date)* _11/21/14_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ ___20.00___ for travel and $ ___20.00___ for services, for a total of $ ___40.00___ .

I declare under penalty of perjury that this information is true.

Date: _11/21/14_

_____
*Server's signature*

Perry Parang
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

OSCAR OMAR GUZMAN SIERRA,                )
DOMINGO JUNIOR DEL VILLAR and all        )
others similarly situated under 29 U.S.C.  )
216(b),                                   )
                                          )          14-cv-24355-Scola/Otazo-Reyes
                                          )
             Plaintiffs,                   )
                                          )
      vs.                                 )
                                          )
WIND RESISTANT CONCRETE SYSTEM )
CORP. et al,                              )
                                          )          SERVED
             Defendants.                  )          DATE _____ 11/20/14
                                          )          TIME _____ 10:17 PM
_____ )          BY _____ 19

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
RAUL HINOJOSA
4443 SW 16 Street
Miami, FL 33134



A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received
it) — or 60 days if you are the United States or a United States agency, or an officer or employee
of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the
plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of
Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

                        J.H. Zidell, Esq.
                        J.H. Zidell P.A.
                    300 71ST Street, Suite 605
                    Miami Beach, Florida 33141

        If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

                                                              **SUMMONS**

Date: _____ November 17, 2014 _____

                                                              *s/ Valerie Kemp*
                                                              Deputy Clerk
                                                              U.S. District Courts

                        Steven M. Larimore
                        Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. *14 — 24350*

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ami Hagiasa

was received by me on *(date)* 11/17/14

☑ I personally served the summons on the individual at *(place)* 4143 Sai 16 st

Mim M on *(date)* 11/19/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 11/26/14 _____

*Server's signature*

Perry Parang

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc: