UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-SCOLA/OTAZO-REYES

OSCAR OMAR GUZMAN SIERRA, )
DOMINGO JUNIOR DEL VILLAR  and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
        Plaintiffs, )
vs. )
 )
WIND RESISTANT CONCRETE SYSTEM )
CORP. )
ONEVO, LLC )
SSCC GROUP, INC. )
JOSE L HENRIQUEZ )
RAUL HINOJOSA )
        Defendants. )
_____ )

## PLAINTIFFS' STATEMENT OF CLAIM

Come Now Plaintiffs, by and through undersigned counsel, pursuant to Court Order D.E. 7, and hereby file Plaintiffs' statement of claim and state as follows:

**A. Oscar Omar Guzman Sierra:**

1. Period of Claim: November 16, 2011 – September 4, 2014 = 146 weeks.

2. Approximation of hours worked per a week: 58.5.

3. Amount paid per hour: $14.00/hr. (with the exception of 16.75 weeks)

4. Federal Minimum Wage: $7.25/hr.

5. Halftime rate claimed based on regular rate: $7.00/hr.

6. Halftime rate claimed when not paid MW: $3.62/hr.

7. Calculation of minimum wages owed: 58.5 hours a week multiplied by $7.25/hr multiplied by 16 weeks equals $6,786 multiplied by 2 as liquidated damages, equals $13,572.[1]

8. Overtime wage owed when not paid MW: 18.5 hours a week multiplied by $3.62/hr multiplied by 16 weeks equals $1,071.52 multiplied by 2 as liquidated damages, equals $2,143.04.

9. Calculation of overtime wages owed: 18.5 overtime hours a week multiplied by $7.00/hr multiplied by 130 weeks equals $16,835 multiplied by 2 as liquidated damages, equals $33,670.00.

10. Total claim: **$49,385.04** plus reasonable fees and costs.

B. **Domingo Junior Del Villar:**

11. Period of Claim: January 14, 2013 – October 1, 2013 = 37 weeks.

12. Approximation of hours worked per a week: 58.5.

13. Amount paid per hour: $14.00/hr. (with the exception of 6.25 weeks)

14. Federal Minimum Wage: $7.25/hr.

15. Halftime rate claimed based on regular rate: $7.00/hr.

16. Halftime rate claimed when not paid MW: $3.62/hr.

17. Calculation of minimum wages owed: 58.5 hours a week multiplied by $7.25/hr multiplied by 6 weeks equals $2,544.75 multiplied by 2 as liquidated damages, equals $5,089.50.[2]

---

[1] Alternatively Plaintiff requests $13,400 for the unpaid hours.
[2] Alternatively Plaintiff requests $5,000 for the unpaid hours.

18. Overtime wage owed when not paid MW: 18.5 hours a week multiplied by $3.62/hr multiplied by 6 weeks equals $401.82 multiplied by 2 as liquidated damages, equals $803.64.

19. Calculation of overtime wages owed: 18.5 overtime hours a week multiplied by $7.00/hr multiplied by 31 weeks equals $4,014.50 multiplied by 2 as liquidated damages, equals $8,029.

20. Total claim: **$13,922.14** plus reasonable fees and costs.

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: DanielFeld.Esq@gmail.com

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Statement of Claim was sent via CM/ECF to Henry Gerome Gyden, Esq., Anderson Law Group, 13577 Feather Sound Dr. Suite 500, Clearwater, FL 33762, Fax: (727) 329-1499, Email: hgyden@floridalawpartners.com on this 18th day of December 2014.

        Daniel T. Feld, Esq.
        J.H. Zidell, P.A.
        Attorney for Plaintiffs
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865 – 7167
        Email: DanielFeld.Esq@gmail.com

        By:__/s/ Daniel T. Feld _____
           Daniel T. Feld, Esq.
           Florida Bar Number: 0037013