UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24355-RNS

OSCAR OMAR GUZMAN SIERRA,
DOMINGO JUNIOR DEL VILLAR,
and all others similarly situation under
29 U.S.C. 216(b),

    Plaintiffs,

vs.

WIND RESISTANT CONCRETE
SYSTEM CORP., ONEVO, LLC,
SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL
HINOJOSA,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COME NOW, the Defendants, WIND RESISTANT CONCRETE SYSTEM CORP., ("WIND"), ONEVO, LLC, ("ONEVO"), SSCC GROUP, INC., ("SSCC"), JOSE L. HENRIQUEZ, ("HENRIQUEZ"), and RAUL HINOJOSA, ("HINOJOSA"), by and through their undersigned counsel, and hereby file this their Answer and Affirmative Defenses to Plaintiffs' Complaint and Statement of Claim, and state as follows:

1. Admitted for jurisdictional purposes only, otherwise denied.

2. Without knowledge, therefore denied.

3. Admitted that Wind is a corporation, denied as to joint employer.

4. Denied.

5. Denied.

6. Denied.

-2-

7. Denied.

8. Without knowledge, therefore denied.

## COUNT I – FEDERAL OVERTIME WAGE VIOLATION

9. Denied.

10. Admitted for jurisdictional purposes only, otherwise denied.

11. 29 U.S.C. § 207 (a) (1) speaks for itself.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

## COUNT II – FEDERAL MINIMUM WAGE VIOLATION

Defendants restate their answers to Paragraphs 1-24 above as if set forth fully herein.

25. 29 U.S.C. § 206 (a) (1) speaks for itself.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

## COUNT III – CLAIM FOR UNPAID WAGES UNDER F.S. 448.08 AS AN ALTERNATIVE CLAIM TO PLAINTIFFS' MINIMUM WAGE COUNT

Defendants restate their answers to Paragraphs 1-29 above as if set forth fully herein.

30. Admitted for jurisdictional purposes only, otherwise denied.

31. Admitted for jurisdictional purposes only, otherwise denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

## DEMAND FOR JURY TRIAL

Defendants demand trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a cause of action upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs were independent contractors and not employees of Defendants.

Respectfully Submitted,

**ANDERSON LAW GROUP**

/s/ Henry G. Gyden
Henry G. Gyden
Florida Bar No.: 158127
13577 Feather Sound Drive, Suite 500
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile:  (727) 329-1499
E-mail: hgyden@floridalawpartners.com
Secondary email: eserve@floridalawpartners.com
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronically filing through CM/ECF which will provide copies on this 19th day of December, 2014, to:

J.H. Zidell, Esq.
J.H. Zidell, PA
300 71st St., Suite 605
Miami Beach, FL  33141
zabogado@aol.com

/s/ Henry G. Gyden_____
Henry G. Gyden
Florida Bar No.: 158127