UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24355-RNS

OSCAR OMAR GUZMAN SIERRA,
DOMINGO JUNIOR DEL VILLAR,
and all others similarly situation under
29 U.S.C. 216(b),

    Plaintiffs,

vs.

WIND RESISTANT CONCRETE
SYSTEM CORP., ONEVO, LLC,
SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL
HINOJOSA,

    Defendants.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

Please be advised that Henry G. Gyden has left the law firm of Anderson Law Group. The Defendants, WIND RESISTANT CONCRETE SYSTEM CORP., ONEVO, LLC, SSCC GROUP, INC., JOSE L. HENRIQUEZ, and RAUL HINOJOSA, request that Daniel W. Anderson, of the law firm of Anderson Law Group, be substituted as counsel and Henry G. Gyden, be relieved of any further responsibility for representation of the Defendants in this action.

       Respectfully Submitted,

       **ANDERSON LAW GROUP**

       /s/ Daniel W. Anderson
       Daniel W. Anderson, Esq.
       Florida Bar No.: 490873
       13577 Feather Sound Dr., Suite 500
       Clearwater, FL 33762
       Telephone: (727) 329-1999
       Facsimile: (727) 329-1499
       Email: danderson@floridalawpartners.com
       Email: eserve@floridalawpartners.com
       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice to all counsel of record:

Steven C. Fraser, Esq.
J.H. Zidell, PA
300 71st St., Suite 605
Miami Beach, FL 33141
Steven.fraser.esq@gmail.com

       /s/ Daniel W. Anderson
       Daniel W. Anderson, Esq.
       Florida Bar No.: 490873