UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-SCOLA/OTAZO-REYES

OSCAR OMAR GUZMAN SIERRA, and
DOMINGO JUNIOR DEL VILLAR, and
all others similarly situated under
29 U.S.C. 216(b)

    Plaintiffs,

v.

WIND RESISTANT CONCRETE SYSTEM CORP.,
ONEVO, LLC, SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL HINOJOSA,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiffs Oscar Omar Guzman Sierra and Domingo Junior Del Villar's (collectively, "Plaintiffs") Motion to Compel Better Responses to Plaintiffs' Discovery Requests (hereafter, "Motion to Compel") [D.E. 36]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 7]. The undersigned held a hearing on this matter on May 15, 2015. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the Motion to Compel is GRANTED IN PART. Defendants Wind Resistant Concrete System Corp., Onevo, LLC, SSCC Group, Inc., Jose L. Henriquez, and Raul Hinojosa (collectively, "Defendants") shall amend or supplement their responses to the following discovery requests within **20 days** of the date of this Order: Requests for Admission Nos. 22-33; Interrogatories Nos. 3, 8, 9, and 10; and Requests for Production Nos. 1, 2, 3, 4, and 44-50.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of May, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
 Counsel of Record