UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-cv-24355-RNS

OSCAR OMAR GUZMAN SIERRA,
DOMINGO JUNIOR DEL VILLAR,
and all others similarly situation under
29 U.S.C. 216(b),

    Plaintiffs,

vs.

WIND RESISTANT CONCRETE
SYSTEM CORP., ONEVO, LLC,
SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL
HINOJOSA,

    Defendants.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT

COME NOW, the Defendants, WIND RESISTANT CONCRETE SYSTEM CORP., ("WIND"), ONEVO, LLC, ("ONEVO"), SSCC GROUP, INC., ("SSCC"), JOSE L. HENRIQUEZ, ("HENRIQUEZ"), and RAUL HINOJOSA, ("HINOJOSA"), by and through their undersigned counsel, and hereby file this their Answer and Affirmative Defenses to Plaintiffs' Amended Complaint, and state as follows:

    1.    Denied.

    2.    Denied.

    3.    Denied.

    4.    Denied.

    5.    Denied.

    6.    Denied.

-2-

7. Denied.

8. Denied.

## **COUNT I – FEDERAL OVERTIME WAGE VIOLATION**

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

## **COUNT II – FEDERAL MINIMUM WAGE VIOLATION**

Defendants restate their answers to Paragraphs 1-26 above as if set forth fully herein.

-3-

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

### COUNT III – CLAIM FOR UNPAID WAGES UNDER F.S. 448.08 AS AN ALTERNATIVE CLAIM TO PLAINTIFFS' MINIMUM WAGE COUNT

Defendants restate their answers to Paragraphs 1-29 above as if set forth fully herein.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

### DEMAND FOR JURY TRIAL

Defendants demand trial by jury on all issues so triable.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a cause of action upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs were independent contractors and not employees of Defendants.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs were paid all monies legally owed to them.

Dated this 18th day of June, 2015.

                                                     Respectfully Submitted,

                                                   **ANDERSON LAW GROUP**

                                                   /s/ Jonathan Saunders
                                                 Jonathan Saunders
Florida Bar No.: 684554
13577 Feather Sound Drive, Suite 500
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile: (727) 329-1499
E-mail: jsaunders@floridalawpartners.com
Secondary email: eserve@floridalawpartners.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronically filing through CM/ECF which will provide copies on this 18th day of June, 2015, to:

Steven C. Fraser, Esq.
J.H. Zidell, P.A.
300 – 71st St., Suite 605
Miami Beach, FL 33141
Steven.fraser.esq@gmail.com

                                                /s/ Jonathan Saunders
                                                Jonathan Saunders
                                                Florida Bar No.: 684554