United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Oscar Omar Guzman Sierra and Domingo Junior Del Villar, Plaintiffs<br><br>v.<br><br>Wind Resistant Concrete System Corp., Onevo, LLC, SSCC Group, Inc., Jose L. Henriquez, and Raul Hinojosa, Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 14-24355-Civ-Scola<br>)<br>)<br>)<br>) |

## Second Amended Scheduling Order

The parties have jointly requested an extension of the discovery deadline. They explain the extension is needed because of discovery disputes, some of which are the subject of a recently filed motion to compel, as well as issues relating to obtaining third-party discovery from an investor. The Court finds that good cause exists to justify this extension request. This is the second time the Court has extended the discovery deadline in this action. The Court will not grant further extensions absent the most extreme and extraordinary of circumstances. The Court **grants** the motion (ECF No. 76), and issues this amended scheduling order.

This matter is reset for trial during the two-week trial period beginning on **December 28, 2015**. Calendar call will be held at 9:00 a.m. on **December 22, 2015** at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida.

1. The parties must comply with the following schedule:

| | |
|---|---|
| September 1, 2015 | Deadline to complete all fact discovery.<br><br>Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). |
| September 15, 2015 | Deadline for the filing of all dispositive motions. |
| October 20, 2015 | Deadline to complete all expert discovery. |
| October 27, 2015 | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions. |

| November 30, 2015 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
|---|---|
| December 18, 2015 | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |

2. <u>Limit on motions *in limine* & *Daubert* motions</u>.  Each party is limited to filing one motion *in limine* and one *Daubert* motion. If a party cannot address his or her evidentiary issues or expert challenges in a 20-page motion, leave to exceed the page limitation will be granted upon a showing of good cause.  The parties are reminded that motions *in limine* and *Daubert* motions must contain the Local Rule 7.1(a)(3) pre-filing conference and certification.

3. <u>Jury Instructions</u>.  The parties must submit their proposed jury instructions jointly, though they need not agree on each proposed instruction.  Where both parties agree on a proposed instruction, that instruction must be set out in regular typeface.  Instructions proposed only by a plaintiff must be underlined.  Instructions proposed only by a defendant must be bold-faced.  Every instruction must be supported by a citation of authority.  The parties should use as a guide the Eleventh Circuit Pattern Jury Instructions for Civil Cases, including the directions to counsel, or the applicable state pattern jury instructions.  The parties must jointly file their proposed jury instructions via CM/ECF, and must also submit their proposed jury instructions to the Court via e-mail at scola@flsd.uscourts.gov in Word format (.doc).

4. <u>Trial Exhibits</u>.  All trial exhibits must be pre-marked.  Plaintiff's exhibits must be marked numerically with the letter "P" as a prefix.  Defendant's exhibits must be marked alphabetically with the letter "D" as a prefix.  A list setting out all exhibits must be submitted at the time of trial.  This list must indicate the pre-marked identification label (*e.g.*, P-1, or D-A) and must also include a brief description of the exhibit.

5. <u>Deposition Designations</u>.  Any party intending to use deposition testimony as substantive evidence must designate by line and page reference those portions in writing.  The designations must be served on opposing counsel and filed with the Court 14 days before the deadline to file the joint pretrial stipulation.  The adverse party must serve and file any objections and any cross-designations within seven days.  The initial party then has seven days to serve and file objections to the cross-designations.

6. <u>Voir Dire Questions</u>.  The Court will require each prospective juror to complete a brief written questionnaire prior to the commencement of questioning in the courtroom.  Any party may up to five proposed, case-specific questions to be included in the questionnaire.  The proposed questions must be filed with the Court at the time of the filing of the joint pretrial stipulation, and must also be submitted to the Court via e-mail at scola@flsd.uscourts.gov in Word format (.doc).

7. <u>Settlement Conference Before Magistrate Judge</u>.  The parties may, at any time, file a motion requesting a settlement conference before Magistrate Judge Alicia M. Otazo-Reyes.  The Court encourages the parties to consider a confidential settlement conference with Judge Otazo-Reyes, especially if the parties believe there is a meaningful chance of reaching an early, amicable resolution of their dispute.

8. <u>Settlement Notification</u>.  If this matter is settled, counsel are directed to inform the Court promptly via telephone (305-523-5140) and/or e-mail (scola@flsd.uscourts.gov).

**Done and ordered**, at Miami, Florida, on July 8, 2015.

_____
Robert N. Scola, Jr.
United States District Judge