UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-SCOLA/OTAZO-REYES

OSCAR OMAR GUZMAN SIERRA, and
DOMINGO JUNIOR DEL VILLAR, and
all others similarly situated under
29 U.S.C. 216(b)

    Plaintiffs,

v.

WIND RESISTANT CONCRETE SYSTEM CORP.,
ONEVO, LLC, SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL HINOJOSA,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiffs Oscar Omar Guzman Sierra and Domingo Junior Del Villar's (collectively, "Plaintiffs") Motion Order to Show Cause why Defendants Should Not be Held in Contempt and Sanctions for Failure to Abide by Court Order at ECF 71 (hereafter, "Motion for Contempt and Sanctions") [D.E. 74]; and Plaintiffs' Motion to Compel Better Responses to Plaintiffs' Second Request for Production of Documents (hereafter, "Motion to Compel") [D.E. 75]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 7, 80]. The undersigned held a hearing on these matters on July 27, 2015. In accordance with the undersigned's rulings at the hearing, it is

    ORDERED AND ADJUDGED that:

    ➤    Defendants Wind Resistant Concrete System Corp. (hereafter, "Wind Resistant"), Onevo, LLC (hereafter, "Onevo"), and SSCC Group, Inc. (hereafter, "SSCC") shall fully comply

with the undersigned's June 18, 2015 Order [D.E. 71] within **30 days** from the date of this Order as follows. Wind Resistant and SSCC shall provide financial documents to Plaintiffs that show the gross volume of sales made or business done for the applicable years, whether thorough tax return, bank statements, profit and loss statements, balance sheet, or other financial documents. Wind Resistant and SSCC shall also provide to Plaintiffs documents showing where Wind Resistant and SSCC conduct business, whether intrastate, interstate, or overseas. Having already provided financial documents to Plaintiffs, Onevo shall provide to Plaintiffs documents showing where Onevo conducts business, whether intrastate, interstate, or overseas. It is further

ORDERED AND ADJUDGED that the Motion to Compel [D.E. 75] is GRANTED. Defendants shall respond within **30 days** of the date of this Order to Requests Nos. 21, 22, 23 and 24 of Plaintiffs' Second Request for Production of Documents. It is further

ORDERED AND ADJUDGED the Motion for Contempt and Sanctions [D.E. 74] is DENIED without prejudice due to the pendency of Defendants' Unopposed Renewed Motion to Withdraw as Counsel for Defendants [D.E. 90].

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of July, 2015.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
    Counsel of Record

2