UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-SCOLA/OTAZO-REYES

OSCAR OMAR GUZMAN SIERRA, and
DOMINGO JUNIOR DEL VILLAR, and
all others similarly situated under
29 U.S.C. 216(b)

    Plaintiffs,

v.

WIND RESISTANT CONCRETE SYSTEM CORP.,
ONEVO, LLC, SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL HINOJOSA,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Wind Resistant Concrete System Corp., Onevo, LLC, SSCC Group, Inc., Jose L. Henriquez, and Raul Hinojosa's (collectively, "Defendants") Motion for Protective Order [D.E. 93]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 7]. The undersigned held a telephonic hearing on this matter on August 7, 2015. In accordance with the undersigned's ruling at the hearing, it is

ORDERED AND ADJUDGED that the Motion for Protective Order is GRANTED. Plaintiffs shall schedule the deposition of Non-party Fernando Fraiz Trapote during the week of August 24, 2015.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of August, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
Counsel of Record