UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-OTAZO-REYES

**CONSENT CASE**

OSCAR OMAR GUZMAN SIERRA, and
DOMINGO JUNIOR DEL VILLAR, and
all others similarly situated under
29 U.S.C. 216(b)

    Plaintiffs,

v.

WIND RESISTANT CONCRETE SYSTEM CORP.,
ONEVO, LLC, SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL HINOJOSA,

    Defendants.
_____/

**SCHEDULING ORDER**

THIS CAUSE came before the Court for Status Conference on January 14, 2016. In accordance with the undersigned's rulings at the Status Conference, it is

ORDERED AND ADJUDGED as follows:

1.    Defendants Wind Resistant Concrete System Corp., Onevo, LLC, SSCC Group, Inc., Jose L. Henriquez, and Raul Hinojosa (collectively, "Defendants") have **10 days** from the date of this Order to fully comply with the undersigned's June 18, 2015 Order directing them to "provide financial documents to Plaintiff that show the gross volume of sales made or business done for the applicable years, whether thorough tax return, bank statements, profit and loss statements, balance sheet, or other financial documents. By the same date, Defendants shall also provide to Plaintiff documents showing where the Defendant companies conduct business, whether intrastate, interstate, or overseas." See Order [D.E. 71].

2. Defendants have **two weeks** from the date of this Order to file a crossclaim.

3. The parties shall adhere to the following schedule:

| | |
|---|---|
| July 1, 2016 | Deadline to complete all fact discovery |
| July 15, 2016 | Deadline for the filing of all dispositive motions |
| August 26, 2016 | Deadline for the filing of pretrial motions, including motions *in limine* and *Daubert* motions |
| September 30, 2016 | Deadline to file joint pretrial stipulation |
| October 14, 2016 | Deadline to file proposed jury instructions |

4. A Pretrial Conference is hereby **SET** for **Thursday, October 20, 2016, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

5. A Jury Trial is specially **SET** to commence on **Monday, October 31, 2016, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been reserved for the trial.

6. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within **ten days** of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of January 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record

2