UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 14-24355-CIV-Scola/Otazo-Reyes
**CONSENT CASE**

OSCAR OMAR GUZMAN SIERRA,
DOMINGO JUNIOR DEL VILLAR,
CARLOS BINET VASQUEZ and all others
similarly situated under 29 U.S.C. 216(b)

    Plaintiffs,

vs.

WIND RESISTANT CONCRETE SYSTEM
CORP., ONEVO, LLC, SSCC GROUP, INC.
JOSE L. HENRIQUEZ and RAUL HINOJOSA,

    Defendant.
_____/

## DEFENDANTS COUNSEL'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

The undersigned counsel hereby serves and files the above-referenced Motion and states as follows:

1. Defendants' counsel seeks to withdraw as counsel for Defendants Wind Resistant Concrete System Corp, Onevo, LLC, SSCC Group Inc, Jose L. Henriquez and Raul Hinojosa.

2. The undersigned has been terminated as counsel for all Defendants. This is based on several irreconcilable differences that cannot be resolved before or after trial.

3. Defendants, Wind Resistant Concrete System Corp, Onevo, LLC, SSCC Group Inc, Jose L. Henriquez and Raul Hinojosa contact information appears in the Service List that is at the end of this motion.

4.     A copy of this Motion has been sent to Defendants via U.S. Mail and email.

5.     Plaintiffs' counsel does not object to the instant motion.

WHEREFORE, based on the foregoing, the undersigned counsel respectfully requests that the Court issue an Order allowing the undersigned to withdraw as counsel for Defendants.

Respectfully submitted,

/s Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1440
Miami, Florida 33131
(305) 375-9510
(305) 375-9511(facsimile)
costalesgary@hotmail.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s Gary A. Costales

## SERVICE LIST

*OSCAR OMAR GUZMAN SIERRA ET AL V. WIND RESISTANT CONCRETE SYSTEM CORP ET AL*
*CASE NO.:14-24355-CIV-SCOLA/OTAZO-REYES*
**United States District Court, Southern District of Florida**

| | |
|---|---|
| J.H.Zidell, Esq.<br>Email: zabogado@aol.com<br><br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Attorney for Plaintiffs<br>Notice of Electronic Filing | Gary A. Costales, Esq.<br>E-mail:costalesgary@hotmail.com<br><br>Gary A. Costales, P.A.<br>1200 Brickell Ave. Suite 1440<br>Miami, Florida 33131<br>Telephone: (305) 375-9510 Ext. 314<br>Facsimile: (305) 375-9511<br>Attorney for Defendants,<br>Notice of Electronic Filing<br><br>Raul Hinojosa<br>30 Madeira Ave #2<br>Coral Gables, FL 33134<br><br>engrhinojosa@gmail.com<br>jlhenriquezmolina@gmail.com |