UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 14-24355-CIV-Scola/Otazo-Reyes
**CONSENT CASE**

OSCAR OMAR GUZMAN SIERRA,
DOMINGO JUNIOR DEL VILLAR,
CARLOS BINET VASQUEZ and all others
similarly situated under 29 U.S.C. 216(b)

   Plaintiffs,

   vs.

WIND RESISTANT CONCRETE SYSTEM
CORP., ONEVO, LLC, SSCC GROUP, INC.
JOSE L. HENRIQUEZ and RAUL HINOJOSA,

   Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING AMENDED SERVICE LIST**

  Defendants, by and through the undersigned counsel, hereby file and serve the above-referenced pleading and state the following in support thereof:

  1. The attached service list should be associated with Defendants counsel's motion to withdraw filed on October 14, 2016.

            Respectfully submitted,

            /s Gary A. Costales
            Gary A. Costales
            Florida Bar No. 0948829
            Law Offices of Gary A. Costales, P.A.
            1200 Brickell Avenue, Suite 1440

>Miami, Florida 33131
>(305) 375-9510
>(305) 375-9511(facsimile)
>costalesgary@hotmail.com

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>/s Gary A. Costales

## SERVICE LIST

*OSCAR OMAR GUZMAN SIERRA ET AL V. WIND RESISTANT CONCRETE SYSTEM CORP ET AL*
*CASE NO.:14-24355-CIV-SCOLA/OTAZO-REYES*
**United States District Court, Southern District of Florida**

| | |
|---|---|
| J.H.Zidell, Esq. | Gary A. Costales, Esq. |
| Email: zabogado@aol.com | E-mail:costalesgary@hotmail.com |
| | |
| J.H. Zidell, P.A. | Gary A. Costales, P.A. |
| 300 71st Street, Suite 605 | 1200 Brickell Ave. Suite 1440 |
| Miami Beach, FL 33141 | Miami, Florida 33131 |
| Telephone: (305) 865-6766 | Telephone: (305) 375-9510 Ext. 314 |
| Facsimile: (305) 865-7167 | Facsimile: (305) 375-9511 |
| Attorney for Plaintiffs | Attorney for Defendants, |
| Notice of Electronic Filing | Notice of Electronic Filing |
| | |
| | Raul Hinojosa |
| | 30 Madeira Ave #2 |
| | Coral Gables, FL 33134 |
| | 786-488-7454 |
| | engrhinojosa@gmail.com |

2

Jose L. Henriques
2550 NW 72nd Ave. Suite 211
Miami, FL 33122

786-294-7232
jlhenriquezmolina@gmail.com