UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-OTAZO-REYES

<u>CONSENT CASE</u>

OSCAR OMAR GUZMAN SIERRA, and
DOMINGO JUNIOR DEL VILLAR, and
all others similarly situated under
29 U.S.C. 216(b)

    Plaintiffs,

v.

WIND RESISTANT CONCRETE SYSTEM CORP.,
ONEVO, LLC, SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL HINOJOSA,

    Defendants.
_____/

<u>ORDER</u>

THIS CAUSE came before the Court upon Defendants Wind Resistant Concrete System Corp.; Onevo, LLC; SSCC Group, Inc.; Jose L. Henriquez; and Raul Hinojosa's ("Defendants") Counsel's Unopposed Motion to Withdraw as Counsel for Defendants (hereafter, "Motion to Withdraw") [D.E. 118] and for Pretrial Conference on October 20, 2016. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

➢ Defendants' counsel's Motion to Withdraw [D.E. 118] is GRANTED. Within **30 days** from the date of this Order Defendants shall obtain new counsel, and new counsel shall enter a notice of appearance. See <u>Palazzo v. Gulf Oil Corp.</u>, 764 F.2d 1381, 1385 (11th Cir. 1985) ("[A] corporation is an artificial entity that can

act only through agents, cannot appear *pro se,* and must be represented by counsel.").

- A Jury Trial is specially **SET** to commence on **Monday, February 6, 2017 at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor**. Five days have been reserved for the trial.
- A Pretrial Conference is hereby **SET** for **Wednesday, February 1, 2017 at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor**.
- Defendants shall file their proposed jury instructions by **January 30, 2017**.
- If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within **ten days** of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of October, 2016.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record