UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 14-24355-CIV-OTAZO-REYES

OSCAR OMAR GUZMAN SIERRA, and
DOMINGO JUNIOR DEL VILLAR

Plaintiffs,

v.

WIND RESISTANT CONCRETE SYSTEM CORP.,
ONEVO, LLC, SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL HINOJOSA,

Defendants.

FILED by ____ D.C.

DEC - 1 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO HIRE ATTORNEY**

We the Defendants (collectively) respectfully request an extension of time of thirty (30) days to hire new counsel, get him/her involved in all pertinent matters related to this case and to enter an appearance on the Defendant's behalf on this Honorable Court.

WHEREFORE, the Defendants (collectively), respectfully request that the Court enter an Order granting the requested extension of time to the Defendants to hire new counsel.

Dated: December 1, 2016

By:   Defendants.

WIND RESISTANT CONCRETE SYSTEM
CORP., ONEVO, LLC, SSCC GROUP, INC.,
JOSE L. HENRIQUEZ, and RAUL HINOJOSA,

## CERTIFICATE OF SERVICE

**I hereby certify** that on December 1, 2016, I personally filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified via email.

/s Jose L. Henriquez
/s Raul Hinojosa

on behalf of Defendants
(collectively)

## SERVICE LIST

*OSCAR OMAR GUZMAN SIERRA ET AL V. WIND RESISTANT CONCRETE SYSTEM CORP ET AL*
*CASE NO.:14-24355-CIV-SCOLA/OTAZO-REYES*
**United States District Court, Southern District of Florida**

J.H.Zidell, Esq.
Email: zabogado@aol.com
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
Attorney for Plaintiffs