UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-SCOLA/OTAZO-REYES

OSCAR OMAR GUZMAN SIERRA,)
DOMINGO JUNIOR DEL VILLAR,)
CARLOS BINET VASQUEZ and all others)
similarly situated under 29 U.S.C. 216(b),   )
                                              )
                Plaintiffs,                   )
       vs.                                    )
                                              )
WIND RESISTANT CONCRETE SYSTEM)
CORP.                                         )
ONEVO, LLC                                    )
SSCC GROUP, INC.                              )
JOSE L HENRIQUEZ                              )
RAUL HINOJOSA,                                )
                                              )
                Defendants.                   )
_____)

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS'
REQUEST FOR EXTENSION OF TIME TO HIRE ATTORNEY**

Plaintiffs, by and through the Undersigned Counsel, hereby file this Response in Opposition to Defendants' Request for Extension of Time to Hire Attorney [DE 133], and state the following in support thereof:

1.     On October 20, 2016, this Court entered an Order granting defense counsel's Motion to Withdraw as Attorney for all defendants in this action, and further ordered Defendants to obtain new counsel by November 21, 2016 and for counsel to enter a notice of appearance [DE 124] (the "Withdrawal Order").  As part of the Withdrawal Order, the Court warned Defendants Wind Resistant Concrete System Corp., Onevo, LLC, and SSCC Group, Inc. (the "Corporate Defendants") that pursuant to *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985), corporations are not permitted to appear *pro se* and must be represented by counsel.

2.     As of November 21, 2016, Defendants failed to comply with the Withdrawal Order [DE 124], as no counsel has entered an appearance on behalf any of the Defendants, including the Corporate Defendants.

## MEMORANDUM OF LAW

Failure to obey a court's order constitutes sufficient grounds for a default judgment. *Bonanza Int'l., Inc., v. Corceller,* 480 F.2d 613, 614 (5th Cir. 1973). Here, Defendants failed to obtain new counsel as instructed by the Court in the Withdrawal Order [DE 124]. Accordingly, on November 23, 2016, Plaintiffs filed their Motion for Default Judgment as to the Corporate Defendants [DE 132] (the "Motion for Default Judgment").

Only now, and seemingly in response to the Motion for Default Judgment, do Defendants seek additional time to obtain replacement counsel. A careful review of the record reveals that Defendants have continuously sought to delay these proceedings by changing counsel. For example, July 21, 2015 [DE 86] "representation of Defendants by the undersigned counsel has been rendered unreasonably difficult by the client". This same pattern is repeated in October of this year on the eve of trial. Any further delay will be compounded due to new counsel requiring additional time to get up to speed in this case, which has been pending for more than two years now. Additional, dely at this juncture causes irreparable harm to Plaintiffs who have been waiting on the resolution of their cases since 2014.

Additionally, Federal law requires that a corporation must be represented by counsel. *See*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985); and *Nat'l Indep. Theater Exhibitors, Inc. v. Buena Vista Dist. Co.*, 748 F.2d 602, 609 (11th Cir. 1985). Accordingly, the Corporate Defendants are prohibited by law from defending this action without counsel.

2

Therefore, the Court should enter default judgments against Corporate Defendants as moved for by Plaintiffs.

**WHEREFORE**; as the Corporate Defendants have failed to comply with the Withdrawal Order [DE124], and are further prohibited by law from appearing in this action without counsel, Plaintiffs respectfully move that the Court deny the Request for Extension of Time to Hire Attorney [DE 133], allow Plaintiffs to proceed against the individual defendants and enter final default judgments against the Corporate Defendants.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on December 5, 2016 and by Certified Mail, Return Receipt Requested upon:

Raul Hinojosa
30 Madeira Ave #2
Coral Gables, FL 33134

Jose L. Henriques
2550 NW 72nd Ave. Suite 211
Miami, FL 33122

Wind Resistant Concrete System Corp.
Onevo, LLC,
SSCC Group, Inc.
c/o Registered Agent: Jose L Henriquez
2550 NW 72nd Ave. Suite 211
Miami, FL 33122

        J.H. Zidell, P.A.
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        *Attorneys for Plaintiff*

        By: /s/ Joshua Sheskin
        Joshua H. Sheskin, Esq.
        Jsheskin.jhzidellpa@gmail.com
        Florida Bar Number: 93028