UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-OTAZO-REYES

<u>CONSENT CASE</u>

OSCAR OMAR GUZMAN SIERRA, and
DOMINGO JUNIOR DEL VILLAR, and
CARLOS BINET VASQUEZ, and
all others similarly situated under
29 U.S.C. 216(b)

    Plaintiffs,

v.

WIND RESISTANT CONCRETE SYSTEM CORP.,
ONEVO, LLC, SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL HINOJOSA,

    Defendants.
_____/

<u>ORDER</u>

THIS CAUSE came before the Court upon Defendants Wind Resistant Concrete System Corp. ("Wind Resistant"); Onevo, LLC ("Onevo"); SSCC Group, Inc. ("SSCC"); Jose L. Henriquez ("Henriquez"); and Raul Hinojosa's ("Hinojosa") (collectively, "Defendants") Request for Extension of Time to Hire Attorney (hereafter, "Motion for Extension of Time") [D.E. 133]. Upon due consideration, it is

ORDERED AND ADJUDGED that Defendants' Motion for Extension of Time [D.E. 133] is GRANTED IN PART. Defendants have until **December 31, 2016** to hire substitute counsel. Failure to do so shall result in the following:

> ➢ Plaintiffs Oscar Omar Guzman Sierra, Domingo Junior del Villar, and Carlos Binet Vasquez's ("Plaintiffs") Motion for Entry of Default as to Corporate Defendants Wind Resistant, Onevo, and SSCC (hereafter, "Motion for Entry of

Default") [D.E. 132] will be granted. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("[A] corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel.").

> Defendants Henriquez and Hinojosa will be deemed to be proceeding *pro se*.

It is further

ORDERED AND ADJUDGED that the Pretrial Conference shall go forward as previously set on **Wednesday, February 1, 2017 at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor**.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of December, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

Counsel of Record

Copies furnished by mail to:

Raul Hinojosa
30 Madeira Ave #2
Coral Gables, FL 33134

Jose L. Henriquez
2550 NW 72nd Ave. Suite 211
Miami, FL 33122

Wind Resistant Concrete System Corp.
Onevo, LLC,
SSCC Group, Inc.
c/o Registered Agent: Jose L. Henriquez
2550 NW 72nd Ave. Suite 211
Miami, FL 33122