UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-24355-CIV-SCOLA/OTAZO-REYES

OSCAR OMAR GUZMAN SIERRA,
DOMINGO JUNIOR DEL VILLAR,
CARLOS BINET VASQUEZ and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WIND RESISTANT CONCRETE SYSTEM
CORP., ONEVO, LLC, SSCC GROUP, INC.
JOSE L HENRIQUEZ, and RAUL
HINOJOSA,

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW Lowell J. Kuvin, Esq., of the Law Office of Lowell J. Kuvin, LLC, and hereby files his notice of appearance in the above-styled cause as counsel for Defendants, WIND RESISTANT CONCRETE SYSTEM CORP., ONEVO, LLC, SSCC GROUP, INC. JOSE L HENRIQUEZ, and RAUL HINOJOSA, and request that all court filings, notices, orders and correspondence are provided to the undersigned.

.    Respectfully submitted this 30th day of December 2016.

                       By:   **s/Lowell J. Kuvin**
                              Lowell J. Kuvin, Esq.
                              Florida Bar No. 53072
                              lowell@kuvinlaw.com
                              *Law Office of Lowell J. Kuvin, LLC*
                              17 East Flagler Street, Suite 223
                              Miami, Florida 33131
                              Tel.: 305.358.6800
                              Fax: 305.358.6808
                              *Attorney for Defendants*

1

17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 30, 2016**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By:     s/Lowell J. Kuvin
Lowell J. Kuvin, Esq.
Florida Bar No. 53072

## Service List

**J.H. Zidell, Esq.**
Florida Bar No.: 0010121
*J.H. Zidell, P.A.*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel.: 305.865.6766
Fax: 305.865.7167
Email: ZABOGADO@AOL.COM
*Attorney for Plaintiffs*