UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-SCOLA/OTAZO-REYES

OSCAR OMAR GUZMAN SIERRA,
DOMINGO JUNIOR DEL VILLAR,
CARLOS BINET VASQUEZ and all others
similarly situated under 29 U.S.C. 216(b),

       Plaintiffs,

vs.

WIND RESISTANT CONCRETE SYSTEM CORP.
ONEVO, LLC
SSCC GROUP, INC.
JOSE L HENRIQUEZ
RAUL HINOJOSA,

       Defendants.

### NOTICE OF ATTORNEY APPEARANCE

Come Now Plaintiffs, by and through undersigned counsel and hereby files Plaintiffs' Notice of Attorney Appearance and in support thereof states as follows:

1. The undersigned, Neil Tobak on behalf of the firm J.H. Zidell, P.A., hereby files his notice of appearance.

    Respectfully Submitted,

    J.H. Zidell, P.A.
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    *Attorneys for Plaintiff*

    By: /s/ Neil Tobak
    Neil Tobak, Esq.

        ntobak.zidellpa@gmail.com
        Florida Bar Number: 93940

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 16, 2017.

        J.H. Zidell, P.A.
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        *Attorneys for Plaintiff*

        By: /s/ Neil Tobak
        Neil Tobak, Esq.
        ntobak.zidellpa@gmail.com
        Florida Bar Number: 93940