UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-24355-CIV-SCOLA/OTAZO-REYES

OSCAR OMAR GUZMAN SIERRA,
DOMINGO JUNIOR DEL VILLAR,
CARLOS BINET VASQUEZ and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

WIND RESISTANT CONCRETE SYSTEM
CORP., ONEVO, LLC, SSCC GROUP, INC.
JOSE L HENRIQUEZ, and RAUL
HINOJOSA,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Lowell J. Kuvin, Esq., of the Law Office of Lowell J. Kuvin, LLC, who represents Defendants, WIND RESISTANT CONCRETE SYSTEM CORP., ONEVO, LLC, SSCC GROUP, INC. JOSE L HENRIQUEZ, and RAUL HINOJOSA in this action, and files his Motion to Withdraw as Counsel, and states as follows:

1.    Undersigned counsel filed his Notice of Appearance on December 30, 2016 [D.E. #136].

2.    The Notice of Appearance was filed on December 30, 2016, due to the Court's looming deadline of December 31, 2016 for Defendants to retain new counsel [D.E. #135].

3.    Undersigned counsel met with Defendants today and Defendants provided, for the first time, a large number of documents and e-mails – all of which are in Spanish.

4. Undersigned counsel was not previously aware that the documents and e-mails were in Spanish.

5. The aforementioned Spanish documents and e-mails are essential to Defendants' affirmative defenses and their case.

6. Undersigned counsel does not speak Spanish and, as a result, advised Defendants that he did not believe that he could adequately represent them. Defendants agreed and terminated the representation effective today.

7. Accordingly, undersigned counsel respectfully requests that the Court permit him and his law firm to withdraw as counsel of record for Defendants.

8. In addition, undersigned counsel requests that the Court allow Defendants a reasonable amount of time to retain new counsel.

9. In the event that the Court does not grant the instant Motion, the harm to Defendants will far outweigh any purported prejudice to Plaintiffs.

10. This Motion is not made for purposes of delay or any other improper purpose.

11. Defendants do not oppose this Motion.

12. Opposing counsel advised that he opposes the relief sought herein.

WHEREFORE, undersigned counsel respectfully requests that the Court grant the instant Motion in its entirety, enter an Order permitting Lowell J. Kuvin, Esq., of the Law Office of Lowell J. Kuvin, LLC to withdraw from representing Defendants, WIND RESISTANT CONCRETE SYSTEM CORP., ONEVO, LLC, SSCC GROUP, INC. JOSE L HENRIQUEZ, and RAUL HINOJOSA, allowing the aforementioned Defendants sufficient time to retain new counsel, and granting such other and further relief as is just and proper.

Respectfully submitted this 25th day of January, 2017

> By:    s/Lowell J. Kuvin
> Lowell J. Kuvin, Esq.
> Florida Bar No. 53072
> lowell@kuvinlaw.com
> *L*aw Office of Lowell J. Kuvin, LLC
> 17 East Flagler Street, Suite 223
> Miami, Florida 33131
> Tel.: 305.358.6800
> Fax: 305.358.6808

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1A.3**

I hereby certify that undersigned counsel has conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. Specifically, undersigned counsel e-mailed Plaintiffs' counsel, Joshua Sheskin, Esq., who advised that Plaintiffs oppose the relief sought herein.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 25, 2017, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing. A copy of the foregoing is also being sent today by e-mail to Defendants.

> By:    s/Lowell J. Kuvin
> Lowell J. Kuvin, Esq.
> Florida Bar No. 53072

3

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808