UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-OTAZO-REYES

CONSENT CASE

OSCAR OMAR GUZMAN SIERRA, and
DOMINGO JUNIOR DEL VILLAR, and
CARLOS BINET VASQUEZ, and
all others similarly situated under
29 U.S.C. 216(b)

    Plaintiffs,

v.

WIND RESISTANT CONCRETE SYSTEM CORP.,
ONEVO, LLC, SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL HINOJOSA,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants' Counsel, Lowell J. Kuvin, Esq.'s Motion to Withdraw as Counsel (hereafter, "Motion to Withdraw") [D.E. 138]. Upon due consideration, it is

ORDERED AND ADJUDGED that a hearing on the Motion to Withdraw [D.E. 138] is hereby SET for **Tuesday, January 31, 2017 at 3:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor**. The individual defendants and representatives of the corporate defendants **shall ATTEND THE HEARING**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of January, 2017.

                                                        ALICIA M. OTAZO-REYES
                                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

Counsel of Record

Copies furnished by mail to:

Raul Hinojosa
30 Madeira Ave #2
Coral Gables, FL 33134

Jose L. Henriquez
2550 NW 72nd Ave. Suite 211
Miami, FL 33122

Wind Resistant Concrete System Corp.
Onevo, LLC,
SSCC Group, Inc.
c/o Registered Agent: Jose L. Henriquez
2550 NW 72nd Ave. Suite 211
Miami, FL 33122