UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24355-CIV-OTAZO-REYES

CONSENT CASE

OSCAR OMAR GUZMAN SIERRA, and
DOMINGO JUNIOR DEL VILLAR, and
CARLOS BINET VASQUEZ, and
all others similarly situated under
29 U.S.C. 216(b)

    Plaintiffs,

v.

WIND RESISTANT CONCRETE SYSTEM CORP.,
ONEVO, LLC, SSCC GROUP, INC., JOSE L.
HENRIQUEZ, and RAUL HINOJOSA,

    Defendants.
_____/

ORDER

THIS CAUSE came before the Court for Pretrial Conference on March 10, 2017. By prior Order dated January 31, 2017, the Court directed Defendants Wind Resistant Concrete System Corp.; Onevo, LLC; SSCC Group, Inc.; Jose L. Henriquez; and Raul Hinojosa (collectively, "Defendants") to obtain new counsel and have counsel enter an appearance within 30 days of the Order [D.E. 140]. However, Defendants did not comply with the undersigned's Order. In addition, Defendants failed to appear at the Pretrial Conference.

Based on the foregoing, it is

ORDERED AND ADJUDGED as follows:

- Plaintiffs Oscar Omar Guzman Sierra, Domingo Junior Del Villar, and Carlos Binet Vasquez's (collectively, "Plaintiffs") Second Motion for Entry of Default [D.E. 142] is GRANTED.[1]

- Plaintiffs have **30 days** from the date of this Order to submit a Motion for Default Judgment.

- The Jury Trial set to commence on Monday, April 24, 2017 at 9:00 A.M. is hereby CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of March, 2017.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

Counsel of Record

Copies furnished by mail to:

Raul Hinojosa
30 Madeira Ave #2
Coral Gables, FL 33134

Jose L. Henriquez
2550 NW 72nd Ave. Suite 211
Miami, FL 33122

Wind Resistant Concrete System Corp.
Onevo, LLC,
SSCC Group, Inc.
c/o Registered Agent: Jose L. Henriquez
2550 NW 72nd Ave. Suite 211
Miami, FL 33122

---

[1] Plaintiffs' Motion for Entry of Default As to Corporate Defendants Wind Resistance Concrete Corp. Onevo, LLC., & SSCC Group, Inc. [D.E. 132] is DENIED AS MOOT.

2